Sealed    X

**A 16 CR 241 LY**

Unsealed ____    Personal Data Sheet    USAO#    **2016R13289**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE __X__ YES ___NO
CASE NO.  A-16-CR-00119-LY
A-16-CR-00231-LY
A-16-CR-00192-LY
A-16-CR-00162-LY
A-16-CR-00087-LY

County: **TRAVIS**    **AUSTIN** Division    Judge: _____

Date: **9/20/16**    Mag Ct.#: _____    SSN: _____    FBI#: _____

Case No.: _____    Assistant U. S. Attorney: **Gregg N. Sofer**

Defendant: **Chimene Hamilton Onyeri, a/k/a "Chimno" and "Chimu."**    Date of Birth: **REDACTED**

Address: _____

Citizenship: United States _____    Mexican _____    Other _____

Interpreter Needed: _____    Language _____

Defense Attorney: _____    Employed _____

Address of Attorney: _____    Appointed _____

Defendant is:    In Jail _____   Where: _____
                 On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____    Bench Warrant Needed _____

Prosecution By:    Information _____    Indictment  **X**

Offense (Code & Description):
Ct. 1: 18 U.S.C. § 1962(d) – Conspiracy to Conduct or Participate in an Enterprise Engaged in a Pattern of Racketeering Activity
Ct. 2: 18 U.S.C. §§ 1349 and 1341 – Conspiracy to Commit Mail Fraud
Ct. 3: 18 U.S.C. § 1028(a)(1) – Aggravated Identity Theft
Ct. 4: 18 U.S.C. §§ 1349 and 1343 – Conspiracy to Commit Wire Fraud
Cts. 5-9: 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft

|  |  |
|---|---|
|  | Ct. 10: **18 U.S.C. § 1349 and 1343**– Conspiracy to Commit Wire Fraud |
|  | Ct. 11: **18 U.S.C. § 1028A(a)(1)**– Aggravated Identity Theft |

Offense Is:      Felony   **X**   Misdemeanor _____

Maximum Sentence:

- Ct. 1: Max Life BOP; Max 5 yrs TSR; $250,000 fine; $100 SA fee.
- Ct. 2: Max 20 yrs BOP; Max 1 yr. TSR; $250,000 fine (or x2 amount gained/lost); $100 SA fee.
- Ct. 3: Min/Max 2 yrs BOP; 1 yr. TSR; $250,000 fine; $100 SA fee.
- Ct. 4: Max 20 yrs BOP; Max 5 yrs TSR; $250,000 fine (or x2 amount gained/lost); $100 SA fee.
- Cts. 5-9: Min/Max 2 yrs BOP; 1 yr. TSR; $250,000 fine; $100 SA fee.
- Ct. 10: Max 20 yrs BOP; Max 5 yrs TSR; $250,000 fine (or x2 amount gained/lost); $100 SA fee.
- Ct. 11: Min/Max 2 yrs BOP; 1 yr. TSR; $250,000 fine; $100 SA fee.

Penalty is Mandatory:    As to special assessment    Yes **X**    No _____

Remarks: _____