Sealed __X__

**A16 CR 241 LY**

Unsealed ____

Personal Data Sheet    USAO# __2016R13289__

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE __X__ YES ___NO
CASE NO. A-16-CR-00119-LY
A-16-CR-00231-LY
A-16-CR-00192-LY
A-16-CR-00162-LY
A-16-CR-00087-LY

County: __TRAVIS__    __AUSTIN__ Division    Judge: _____

Date: __9/20/16__    Mag Ct.#: _____    SSN: _____    FBI#: _____

Case No.: _____    Assistant U. S. Attorney: __Gregg N. Sofer__

Defendant: __Marcellus Antoine Burgin a/k/a "Southwest," "Chi," and "Chi-town"__    Date of Birth: __REDACTED__

Address: _____

Citizenship:    United States ____    Mexican ____    Other ____

Interpreter Needed: ____    Language ____

Defense Attorney: _____    Employed ____

Address of Attorney: _____    Appointed ____

Defendant is:    In Jail ____    Where: _____
On Bond ____    Amt. of Bond ____    Where: _____

Date of Arrest: _____    Bench Warrant Needed ____

Prosecution By:    Information ____    Indictment __X__

Offense (Code & Description):   Ct. 1: 18 U.S.C. § 1962(d) – Conspiracy to Conduct or Participate in an Enterprise Engaged in a Pattern of Racketeering Activity
Ct. 10: 18 U.S.C. § 1349 and 1343– Conspiracy to Commit Wire Fraud
Ct. 11: 18 U.S.C. § 1028A(a)(1)– Aggravated Identity Theft

Offense Is:    Felony __X__    Misdemeanor ____

Maximum Sentence:    Ct. 1: Max Life BOP; Max 5 yrs TSR; $250,000 fine; $100 SA fee.

|  | Ct. 10: Max 20 yrs BOP; Max 5 yrs TSR; $250,000 fine (or x2 amount gained/lost); $100 SA fee. |  |  |  |
|---|---|---|---|---|
|  | Ct. 11: Min/Max 2 yrs BOP; 1 yr. TSR; $250,000 fine; $100 SA fee. |  |  |  |
| Penalty is Mandatory: | As to special assessment | Yes | **X** | No |
| Remarks: |  |  |  |  |