Sealed         X          **A16 CR 241 LY**

Unsealed _____      Personal Data Sheet    USAO#   2016R13289

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RELATED CASE __X__ YES ___NO
CASE NO.   A-16-CR-00119-LY
A-16-CR-00231-LY
A-16-CR-00192-LY
A-16-CR-00162-LY
A-16-CR-00087-LY

County: **TRAVIS**     **AUSTIN** Division     Judge:

Date: **9/20/16**    Mag Ct.#         SSN:        FBI#:

Case No.:              Assistant U. S. Attorney: **Gregg N. Sofer**

Defendant: **Rasul Kareem Scott a/k/a "N.O."**      Date of Birth: **REDACTED**

Address:

Citizenship:  United States ____  Mexican ____  Other ____

Interpreter Needed: ____        Language

Defense Attorney:           Employed

Address of Attorney:         Appointed

Defendant is:  In Jail ____   Where:
On Bond ____  Amt. of Bond ____  Where:

Date of Arrest:            Bench Warrant Needed

Prosecution By:   Information ____   Indictment  **X**

Offense (Code & Description):
**Ct. 1: 18 U.S.C. § 1962(d)** – Conspiracy to Conduct or Participate in an Enterprise Engaged in a Pattern of Racketeering Activity
**Ct. 10: 18 U.S.C. § 1349 and 1343**– Conspiracy to Commit Wire Fraud
**Ct. 11: 18 U.S.C. § 1028A(a)(1)**– Aggravated Identity Theft

Offense Is:    Felony **X**    Misdemeanor

Maximum Sentence:  **Ct. 1: Max Life BOP; Max 5 yrs TSR; $250,000 fine; $100 SA fee.**

**Ct. 10: Max 20 yrs BOP; Max 5 yrs TSR; $250,000 fine (or x2 amount gained/lost); $100 SA fee.**

**Ct. 11: Min/Max 2 yrs BOP; 1 yr. TSR; $250,000 fine; $100 SA fee.**

Penalty is Mandatory:   As to special assessment      Yes   **X**      No _____

Remarks: _____