# EXHIBIT #1

**STATE OF LOUISIANA**
PARISH OF CALCASIEU
14th JUDICIAL DISTRICT
ARREST WARRANT

Warrant NO: V-2796
Complaint # 15-84785
Book-In Date: _____
Book-In Time: _____

## AFFIDAVIT FOR ARREST WARRANT

STATE OF LOUISIANA
VERSUS
CHIMENE CHIWEI ONYERI, Black
Male
12383 Wellinton Park Drive , Houston,
TX, 77072
DOB: [redacted] SSN:

I, **Edward Curol** , certify under oath based on the information outlined below, that there is probable cause to believe **CHIMENE CHIWEI ONYERI** on or about **06/11/2015** did commit:

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Count | of | 14:67--Theft | $5000.00-$25,000.00-- | | (FELONY) |
| 2 | Counts | of | 14:70.4--Access | Device | Fraud-- | (FELONY) |
| 3 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 4 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 5 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 6 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 7 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 8 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 9 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 10 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 11 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 12 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 13 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |
| 14 | Counts | of | RS14:67.16(FELONY)--IDENTITY | | THEFT-- | (FELONY) |

15 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

within this State and Parish, and the jurisdiction of the 14TH Judicial District

Court, contrary to the form of the statutes of the State of Louisiana in such case

made and provided, and against the peace and dignity of the same, in that the

following did occur:

Page 1 of 6

Thursday, October 01, 2015
09:57:15

**STATE OF LOUISIANA**
**PARISH OF CALCASIEU**
**14th JUDICIAL DISTRICT**
**ARREST WARRANT**

Warrant NO: V-2796

Complaint # 15-84785

Book-In Date: _____

Book-In Time: _____

ON June 11, 2015, First Federal Bank of Louisiana discovered that numerous customers of the bank had their debit cards compromised and used to make fraudulent purchases totaling $10,899.96. Most of the purchases were made at Wal-Mart stores to purchase gift cards. Video surveillance obtained from the various Wal-Mart stores show a subject wearing a burka to make the fraudulent purchases. First Federal Bank of Louisiana also obtained video surveillance of a subject attaching a device to a local ATM on March 21, 2015, and removing the device on March 22, 2015. First Federal Bank also determined that all of the compromised debit cards were used at the ATM during the time the device had been installed. Chimene Onyeri had been identified as the subject of another investigation of compromised debit cards for First Federal Bank matching the Modus Operandi and whose customer's debit cards had been used at the same ATM on March 21, 2015. Chimene Onyeri was a registered guest of L'au Barge casino on March 21, 2015, when the device was installed on the ATM.

I hereby certify under oath the information contained herein to be true and correct,

to the best of my knowledge, under penalties of perjury, so help me God.

_Edward B Curol_
_____

Edward Curol
Affiant

THUS DONE AND PASSED on the ___1____ day of _____October____, ____2015____.

_Sharon Darville Wilson_
_____

Sharon Darville Wilson

Judge, 14th Judicial District

Judge, 14TH Judicial District

Page 2 of 6

Thursday, October 01, 2015
09:57:15

**STATE OF LOUISIANA**
**PARISH OF CALCASIEU**
**14th JUDICIAL DISTRICT**
**ARREST WARRANT**

Warrant NO: V-2796

Complaint # 15-84785

Book-In Date: _____

Book-In Time: _____

## ARREST WARRANT

State of Louisiana
Versus
**CHIMENE CHIWEI ONYERI, Black Male**
**12383 Wellinton Park Drive , Houston, TX, 77072**
DOB: [redacted], SSN:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me under oath and under penalty of perjury, by **Edward Curol** charging one **CHIMENE CHIWEI ONYERI** with

1 Count of 14:67--Theft $5000.00-$25,000.00-- (FELONY)

2 Counts of 14:70.4--Access Device Fraud-- (FELONY)

3 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

4 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

5 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

6 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

7 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

8 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

9 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

10 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

11 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

12 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

13 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

14 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

15 Counts of RS14:67.16(FELONY)--IDENTITY THEFT-- (FELONY)

| Charges | Amount | Description | Statute Type |
|---|---|---|---|
| 14:67 Theft $5000.00-$25,000.00 | $10,000.00 | | FELONY |
| 14:70.4 Access Device Fraud | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |

Thursday, October 01, 2015
09:57:15

**STATE OF LOUISIANA**
**PARISH OF CALCASIEU**
**14th JUDICIAL DISTRICT**
**ARREST WARRANT**

Warrant NO: V-2796
Complaint # 15-84785
Book-In Date: _____
Book-In Time: _____

| | | | |
|---|---|---|---|
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| | Total: $38,000.00 | | |

Committed on or about **06/11/2015**.

Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest the said accused to be brought before our Court to answer the said complaint. You are further commanded to keep the said accused in safe custody pending a session of the Court, or until released according to law, and this shall be your warrant.

Given under my official signature, this _____1_____ day of _____October_____ , 2015_____.

Sharon Darville Wilson
Judge, 14TH Judicial District
State of Louisiana

Thursday, October 01, 2015
09:57:15

14th JUDICIAL DISTRICT COURT
STATE OF LOUISIANA
VERSUS
<u>Chimene Chiwei Onyeri</u>

Complaint #
Book-In Date: _____
Book-In Time: _____

# **BAIL ORDER**

IT IS ORDERED that the bail on the defendant named above is hereby fixed as set forth herein below.

IT IS ORDERED that the Sheriff of the Parish of <u>Calcasieu</u> and his duly authorized deputies are authorized to accept the bail.

IT IS ORDERED that the defendant named above, in posting the bond shall have the right to select any of the types of bail specified in Article 339 of the Louisiana Criminal Code. However, they may only select an unsecured personal surety bail or bail without surety if authorized by further orders of the Court.

| Charges | Amount | Description | Statute Type |
|---|---|---|---|
| 14:67 Theft $5000.00-$25,000.00 | $10,000.00 | | FELONY |
| 14:70.4 Access Device Fraud | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| RS14:67.16(FELONY) IDENTITY THEFT | $2,000.00 | | FELONY |
| Total: | $38,000.00 | | |

Bond Conditions (if any):

SIGNED on this _1_ day of_____ October ___,2015.

Page 5 of 6

Thursday, October 01,
2015 09:57:16

Sharon Darville Wilson
Judge, 14 Judicial District Court
State of Louisiana

Page 6 of 6

Thursday, October 01,
2015 09:57:16