# EXHIBIT #7



# EXHIBIT #8



# EXHIBIT #9

