## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **CHIMENE HAMILTON ONYERI (1)** | § | |
| | § | **1:22-cv-00800-LY-SH** |
| **v.** | § | **1:16-cr-00241-LY-1** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

## O R D E R

Before the Court is Chimene Hamilton Onyeri's Motion for Leave of Court to File Oversize Memorandum of Law in Support of Title 28 U.S.C. 2255 (Dkt. 369). Having reviewed the Motion and the Proposed Memorandum, the Court finds the Motion should be **GRANTED**.

**SIGNED** on October 5, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE