# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **CHIMENE HAMILTON ONYERI (1)** | § | |
| | § | **1:22-cv-00800-LY-SH** |
| **v.** | § | **1:16-cr-00241-LY-1** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

## O R D E R

Before the Court is the Government's Second Motion to Extend Time to Respond to Motion to Vacate Judgment (Dkt. 378).

The Government requests a 60-day extension of time to respond to the Motion to Vacate due to the number and complexity of the issues involved. Accordingly, the Court **GRANTS** the Motion for Extension of Time. The Government has until **April 10, 2023** to respond to the Motion to Vacate.

**SIGNED** on January 31, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE