# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **CHIMENE HAMILTON ONYERI (1)** | § | |
| | § | **1:22-cv-00800-DII-SH** |
| v. | § | **1:16-cr-00241-LY-1** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

## O R D E R

Before the Court is Petitioner Chimene Onyeri's Motion Requesting Service of the Sealed Exhibit from Government's Response to Title 2255 Motion [Doc. 381] and a 30-day Extension of Time to File a Reply After Service, filed May 1, 2023 (Dkt. 384).

Having considered the Motion Requesting Service, the Court hereby **ORDERS** the Government to either (1) file a response in opposition to the Motion, or (2) serve on Petitioner a copy of the sealed exhibit (Dkt. 381-1), **on or before May 30, 2023**.

The Court further **GRANTS** Petitioner's request for a 30-day extension of time to file a reply in support of his Motion to Vacate Conviction and Sentence. Petitioner has until **June 29, 2023** to file a reply.

**SIGNED** on May 19, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE