# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **CHIMENE HAMILTON ONYERI (1)** | § | |
| | § | **1:22-CV-00800-DAE-SH** |
| v. | § | **1:16-CR-00241-DAE-1** |
| | § | |
| **UNITED STATES OF AMERICA** | § | |

## O R D E R

Before the Court is Petitioner Chimene Onyeri's Motion for a 30-day Extension of Time to File a Reply, filed August 30, 2023 (Dkt. 389).

The Court **GRANTS** Petitioner's request for a 30-day extension of time to file a reply in support of his Motion to Vacate Conviction and Sentence. Petitioner has until **October 6, 2023** to file a reply.

This is Petitioner's fifth motion for extension of time to file a reply brief. Dkts. 383; 384; 387; 388; 389. No further extension will be granted. *See* Local Rule CV-7(e)(2), Local Court Rules of the United States District Court for the Western District of Texas ("The court need not wait for a reply before ruling on a motion.").

**SIGNED** on September 5, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE